# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0278.   EDDIE AMOAKUH v. FEDERAL NATIONAL MORTGAGE
ASSOCIATION.**

Eddie Amoakuh, through attorney Grady Roberts, filed this application for discretionary appeal seeking review of an order entered by the Magistrate Court of Fulton County in this dispossessory action.  "The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).  This Court may only review magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  1983 Ga. Const., Art. 6, Sec. 1, Para. 8; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988).  Accordingly, this case is hereby TRANSFERRED to the State Court of Fulton County for disposition.  In light of this ruling, Amoakuh's emergency motion for writ of supersedeas is hereby DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*___02/18/2015___
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*